IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATE OF AMERICA

v.  CASE NUMBER: 4:10mj080-WJS
    IN CAMERA

LEONEL RODRIGUEZ
_____/

## GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, through its undersigned Assistant United States Attorney does hereby requests that this Court issue an Order sealing the Application for Criminal Complaint and Affidavit in this matter until a date ordered by the Court. In support of this motion states as follows:

1. The investigation of this offense involves a long-term and ongoing investigation by the DEA of various individuals in the Northern District of Florida and elsewhere who are involved with the trafficking of controlled substances including powder cocaine, cocaine base ("crack") and marijuana. The investigation is ongoing, and investigators are continuing the investigation to include possible controlled purchases of cocaine and/or other controlled substances and searches of certain locations. These controlled purchases and searches are being assisted by individuals who have been identified and arrested by DEA in the course of the investigation who are cooperating but have not as of this date been charged with offenses to prevent ready detection by other persons of their contact with law enforcement in this investigation. These purchases and searches would be from as yet unindicted coconspirators. Public disclosure of any documents associated with the search of this location would likely lead

Filed 05/14/10 USDC FLN 4PM 0444

to the identification of certain persons who are at this time cooperating with law enforcement, and make any subsequent cooperation both highly unlikely, and further possibly subject both law enforcement agents and cooperating persons to physical danger if the covert nature of the investigation were revealed..

2. The United States therefore respectfully requests that this Court grant this Order sealing the application for and warrant issued as well as that the present motion as well any filings or proceedings not be entered on the docket of this matter until ordered by the Court.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that this motion to seal be granted.

Respectfully submitted,

THOMAS F. KIRWIN
UNITED STATES ATTORNEY

_____
ERIC K. MOUNTIN
Assistant U.S. Attorney
Texas Bar No. 00784649
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
(850) 216-3819

## ORDER

The government's motion is hereby granted.

DONE AND ORDERED this the 14th day of May, 2010.

_____
WILLIAM C. SHERRILL, Jr.
UNITED STATES MAGISTRATE JUDGE

2